IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BRIGHT IMPERIAL LIMITED, a Hong Kong limited liability company,

    Plaintiff,

v.

RT MEDIASOLUTIONS S.R.O., et al.,

    Defendants.

Civil Action No. 1:11-cv-935-LO-TRJ

ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bright Imperial Limited voluntarily dismisses this action against the Defendant domain name <red-tube.biz>, without prejudice and without costs to either party. No answer or motion for summary judgment has been served by any person or entity claiming an interest in the Defendant domain name <red-tube.biz>. No claims asserted in this action against any other Defendant are dismissed or otherwise affected.

It is so ORDERED.

                                                           /s/
                                        Liam O'Grady
                                        United States District Judge

December 27, 2011
Alexandria, Virginia