IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED, a Hong Kong limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RT MEDIASOLUTIONS S.R.O., et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-935-LO-TRJ |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, August 3, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Bright Imperial Limited, by counsel, will appear and request that the Court enter an order granting Plaintiff's Request for Judicial Notice regarding Plaintiff's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses of Defendants RT Mediasolutions, S.R.O., Swiss Media Factoring, GMBH and Walter Olligschlager.

Dated: July 3, 2012         Respectfully submitted:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/Sheldon M. Kline
Sheldon M. Kline (Va. Bar No 27959)
James M. Chadwick (admitted *pro hac vice*)
Thayer M. Preece (admitted *pro hac vice*)
Karin H. Johnson (admitted *pro hac vice*)
Tenaya Rodewald (admitted *pro hac vice*)
Sheppard Mullin Richter and Hampton, LLP
1300 I Street, NW 11th Floor East
Washington, DC 20005
Telephone: (202) 772-5378
Facsimile (202) 218-0020
skline@sheppardmullin.com

Attorneys for Plaintiff Bright Imperial Limited

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2012, I will electronically file the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

>Jay C. Johnson
>DORSEY & WHITNEY LLP
>1801 K Street NW, Suite 750
>Washington, DC 20006
>E-mail: johnson.jay@dorsey.com

>/s/ Sheldon M. Kline
>Sheldon M. Kline (Va. Bar No 27959)
>James M. Chadwick (admitted *pro hac vice*)
>Thayer M. Preece (admitted *pro hac vice*)
>Karin H. Johnson (admitted *pro hac vice*)
>Tenaya Rodewald (admitted *pro hac vice*)
>Sheppard Mullin Richter and Hampton, LLP
>1300 I Street, NW 11th Floor East
>Washington, DC 20005
>Telephone: (202) 772-5378
>Facsimile (202) 218-0020
>E-mail: skline@sheppardmullin.com
>
>Attorneys for Plaintiff Bright Imperial Limited