# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BRIGHT IMPERIAL LTD., <br><br> Plaintiff, <br><br> -v- <br><br> RT MEDIASOLUTIONS S.R.O., ET AL. <br><br> Defendants. | Civil Action No. 1-11-CV-935 |

## ORDER

Before the Court is the Report and Recommendation (Dkt. No. 225) of the Magistrate Judge, recommending entry of default judgment against the defendant domain names <my-redtube.com>, <redtube24.com>, <redtube24.net>, <redtube-hardcore.com>, <red-tube-porn.net>, <reds-tube.com>, <redtube.net>, and <red-tube.net>. None of the defendant domain names filed an objection to the Magistrate Judge's recommendation.

The Court has reviewed the Report and Recommendation and the underlying briefs, and agrees that the defendant domain names were all registered with a bad faith intent to profit from the notoriety of the RedTube mark owned by Plaintiff. The Court also agrees that the Plaintiff's mark is distinctive within the meaning of 15 U.S.C. § 1125(c), and that the defendant domain names are confusingly similar to the Plaintiff's mark. Finally, the Court agrees that transfer of the defendant domain names to the Plaintiff is appropriate under 15 U.S.C. § 1125(d)(2)(D)(I).

For these reasons, and those given in the Report and Recommendation, it is now
**ORDERED:**

1. Default judgment is entered against each of the defendant domain names in favor

of the Plaintiff, Bright Imperial, Ltd.

2. The domain name registrar shall transfer ownership and control of the defendant domain names to the Plaintiff.

August 1, 2013
Alexandria, Virginia

/s/ *[signature]*
Liam O'Grady
United States District Judge