IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIGHT IMPERIAL LTD., <br><br> Plaintiff, <br><br> -v- <br><br> RT MEDIASOLUTIONS, S.R.O., ET AL. <br><br> Defendants. | Civil Action No. 1:11-CV-00935 |

## ORDER CORRECTING JUDGMENT

Upon consideration of Plaintiff's Motion To Amend Or, In the Alternative, Correct Default Judgment ("Motion"), the Memorandum of Law in Support of Plaintiff's Motion, the submitted supporting evidence, the pleadings and the evidence on file in this matter, and good cause appearing:

**1. IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

**2. IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Default Judgment (Dkt. 226) entered by this Court on August 1, 2013 shall be and hereby is corrected such that provision "2." on page 2 of 2 of the Default Judgment is hereby corrected to provide: "The domain name registry shall transfer ownership and control of the defendant domain names to the Plaintiff."

The Clerk is **DIRECTED**, pursuant to Fed. R. Civ. P. 58, to **ENTER JUDGMENT** in favor of Plaintiff and to forward copies of this Order to Verisign, Inc. c/o Akin Gump Strauss

Hauer & Feld LLP, 1333 New Hampshire Ave NW, Washington, DC 20036, and to James T. Hubler, Senior Corporate Counsel, Verisign, Inc., 12061 Bluemont Way, Reston, VA 20190.

September 6, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge