IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
SEP - 9 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Bright Imperial Limited, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:11cv935-LO-TRJ
)
RT Mediasolutions s.r.o., et al., )
)
    Defendant. )

## JUDGMENT

Pursuant to the order of this Court entered on September 6th, 2013 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Bright Imperial Limited.

FERNANDO GALINDO, CLERK OF COURT

By: _____
    Deputy Clerk

Dated: September 9th, 2013
Alexandria, Virginia