# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BRIGHT IMPERIAL LTD., <br><br> Plaintiff, <br><br> -v- <br><br> RT MEDIASOLUTIONS, S.R.O., ET AL., <br><br> Defendants. | Civil Action No. 1:11-CV-00935 |

## STIPULATION AND ORDER

**WHEREAS**, the Court has determined that transfer of the Defendant domain names to the Plaintiff is appropriate under 15 U.S.C. § 1125(d)(2)(D)(I);

**WHEREAS**, counsel for the registry Verisign, Inc. ("Verisign") has informed Plaintiff's counsel that Verisign does not object to a Court order requiring it to change the registrar of record for the subject domain names to a registrar of Plaintiff's choosing;

**IT IS HEREBY STIPULATED THAT**, within ten days of entry of this order, Verisign shall change the registrar of record for the subject domain names on the attached Schedule A from the existing registrar(s) to Plaintiff's designated registrar, Safenames, Ltd.

October 1, 2013
Alexandria, Virginia

/s/ _____
Liam O'Grady
United States District Judge

## SCHEDULE A

<my-redtube.com>

<redtube24.com>

<redtube24.net>

<redtube-hardcore.com>

<red-tube-porn.net>

<reds-tube.com>

<redtube.net>

<red-tube.net>